UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA : MAGISTRATE NO.: 13-9138

V. : CRIMINAL ACTION

Dennis Clark : ORDER OF RELEASE

The Court orders the defendant, __Dennis Clark__, is ordered released on a personal recognizance bond with the following bail conditions:

(1) Reporting, as directed, to U.S. Pretrial Services;

(2) The defendant shall appear at all future court proceedings;

(3) Other: _____

_____   7/11/13
DEFENDANT                    DATE

It is further ORDERED that the defendant be furnished with a copy of this order and a notice of the penalties applicable to violation of conditions of release.

_____
ANTHONY R. MAUTONE
U.S. MAGISTRATE JUDGE

7/11/13
DATE

I hereby certify that the defendant was furnished (personally) a copy of this order and a notice of penalties applicable to violation of conditions of release.

_____
U.S. PRETRIAL SERVICES OFFICER